The Honorable Marc L. Barreca
Chapter 13
Marysville, WA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re: SCHMITT<br><br>Mary Elizabeth Schmitt,<br><br>                        Debtor. | Case No. 16-10194<br><br>Chapter 13<br><br>EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES AND CHAPTER 13 PLAN |

COMES NOW the Debtor, Mary Elizabeth Schmitt, in the above-captioned case, through the attorney of record, and states as follows:

1. This case was commenced by the filing of a voluntary petition under Chapter 13 of the United States Bankruptcy Code on January 18, 2016.

2. Debtor's schedules and Chapter 13 Plan are due on February 2, 2016. The Debtor's Meeting of Creditors is on March 3, 2016.

3. Debtor's counsel needs more time to complete Debtor's balance of schedules and Plan.

4. The Debtor requests that the deadline for filing the Balance of Schedules be extended to February 18, 2016.

DATED this 2nd day of February, 2016.

                                                /s/ Mary E. Schmitt
                                              Mary E. Schmitt, WSBA #21530
                                              Attorney for Debtor

Ex Parte Motion to Extend Time to File
Balance of Schedules and Chapter 13 Plan           -1-

**Mary E. Schmitt**
Attorney at Law
WSBA #21530
3525 Colby Ave, Ste 100
Everett, WA 98201
(425) 252-5567

Case 16-10194-MLB    Doc 11    Filed 02/02/16    Ent. 02/02/16 10:51:30    Pg. 1 of 1